**Order entered August 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01112-CV

**EMF SWISS AVENUE, LLC, Appellant**

**V.**

**PEAK'S ADDITION HOME OWNER'S ASSOCIATION, CITY OF DALLAS AND BOARD OF ADJUSTMENT FOR THE CITY OF DALLAS, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-02532**

## ORDER

Before the Court is appellee Peak's Addition Home Owner's Association's unopposed motion to align parties for oral argument. We **GRANT** the motion. The City of Dallas and the Board of Adjustment for the City of Dallas will be aligned with appellant EMF Swiss Avenue, LLC for purposes of oral argument. Counsel are expected to divide their time accordingly.

/s/     CRAIG STODDART
          JUSTICE